UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK D. WEAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN FONG, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-3188 EMC (pr)<br><br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. The Court found that the complaint failed to state a claim upon which relief may be granted. The Court dismissed the complaint with leave to amend by December 16, 2011, and warned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action." Order Of Dismissal With Leave To Amend, p. 7. Plaintiff failed to file an amended complaint and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 18, 2012

                                                                                   _____<br>
EDWARD M. CHEN<br>
United States District Judge